Joshua T. Kluewer (State Bar No. 314105)
JACKSON LAW INTERNATIONAL
1055 West 7th Street, Suite 3300
Los Angeles, California 90017
Telephone: 323-522-4385
E-Mail: jkluewer@jacksonlawinternational.com

Attorneys for Plaintiff
Aleksandrs Antonenko

**U.S. DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALEKSANDRS ANTONENKO, individually,<br><br>Plaintiff,<br><br>v.<br><br>DELOS PRODUCTIONS, INC., a California Corporation; CAROL ROSENBERGER, an individual; NAXOS OF AMERICA, INC., a New Jersey Corporation; ELCHIN MURADOV, an individual, and DINARA ALIEVA, an individual,<br><br>Defendants. | Case No.: 2:17-cv-4320-FMO-KS<br><br>**NOTICE OF FILING PROOF OF SERVICE OF SUMMONS AND COMPLAINT ON DEFENDANT, NAXOS OF AMERICA, INC.** |

TO:   All PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN

Notice is hereby given that Plaintiff has served the Summons and Complaint in the above-captioned action on Defendant, Naxos of America, Inc., as evidenced by the Proof of Service of Summons and Complaint attached hereto, which is being filed with the Court.

Dated: September 5, 2017.

                                                 s/ Joshua T. Kluewer
                                                 Joshua T. Kluewer (State Bar No. 314105)
                                                 JACKSON LAW INTERNATIONAL
                                                 1055 West 7th Street, Suite 3300

|   |   |
|---|---|
| 1 | Los Angeles, California 90017 |
| 2 | Telephone: 323-522-4385 |
|   | E-Mail: jkluewer@jacksonlawinternational.com |

### DECLARATION OF SERVICE BY MAIL

I, Bonnie J. Jackson, the undersigned, declare:

1. That declarant is and was, at all time herein mentioned, a citizen of the United States and a resident of the County of Orange, is over the age of 18 years, and is not a party to, nor has an interest in, the within action; that declarant's business address is 1201 S. Orlando Avenue, Suite 201, Winter Park, Florida 32789.

2. That on September 5, 2017, declarant served the Notice of Filing Proof of Service of Summons and Complaint on Defendant, Naxos of America, Inc. by depositing a true copy thereof in a United States mailbox in Winter Park, Florida in a sealed envelope with postage fully prepaid and addressed to the parties listed on the attached Service List.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 5th day of September, 2017, in Winter Park, Florida.

/s Bonnie J. Jackson
Bonnie J. Jackson

- 2 -

1            <u>SERVICE LIST</u>

2

3 **DELOS PRODUCTIONS, INC**
193 Avenida Barbera
4 Sonoma, Ca 95476

5

6 **CAROL ROSENBERGER**
193 Avenida Barbera
7 Sonoma, Ca 95476

8

9 **NAXOS OF AMERICA, INC.**
Registered Agent: Jeffery Van Driel
10 1810 Columbia Avenue, Suite 28, Franklin, Tennessee 37064

11

12 **ELCHIN MURADOV**
3-ya Tverskaya- Yamskaya Street, 10, Office 4
13 Russian Federation, Moscow, 1250477

14

15 **DINARA ALIEVA**
Lincoln House
16 300 High Holborn
London WC1V 7JH
17 United Kingdom

18

19

20

21

22

23

24

25

26

27

28

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:17-cv-04320-FMO-KS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* JEFFERY VAN DRIEL
was received by me on *(date)* 8-31-2017 .

☒ I personally served the summons on the individual at *(place)* NAXOS OF AMERICA, INC 1810 COLUMBIA AVE #28 FRANKLIN TN 37064 on *(date)* 8-31-2017 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 8-31-2017

Kyle Wilson
Server's signature

Kyle Wilson   Process Server
Printed name and title

2400 N. Berrys Chapel Rd. Frankl. TN 37069
Server's address   615-955-0545

Additional information regarding attempted service, etc: