JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALEKSANDRS ANTONENKO, | ) | Case No. CV 17-4320-FMO (KSx) |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| DELOS PRODUCTIONS, INC., et al., | ) | |
| Defendants. | ) | |

Pursuant to the Court's Order Re: Motion to Enforce Settlement Agreement, IT IS ADJUDGED that:

1. Defendants shall pay plaintiff $30,000, which includes all costs and attorneys fees. Defendants shall refrain from further distribution or sale of the Antonenko and Alieva CD and from using plaintiff's name and/or likeness.

2. The above-captioned case is dismissed with prejudice.

Dated this 28th day of September, 2018.

/s/
Fernando M. Olguin
United States District Judge